IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JAMES C. STRADER,

    **Petitioner,**

    v.                                           CASE NO. 24-3080-JWL

LIBBY SNIDER, et al.,

    **Respondents**

## MEMORANDUM AND ORDER

This pro se habeas matter was dismissed without prejudice on September 12, 2024. (Doc. 11.) The same day, the Court received additional correspondence from Petitioner. (Doc. 13.) The Court has liberally construed and carefully reviewed the correspondence and attachments, which relate to conditions of confinement. As previously explained to Petitioner, a federal habeas case is not the proper avenue by which to make claims regarding conditions of confinement. (*See* Doc. 8, p. 4-5.) Because the information contained in Petitioner's latest correspondence does not alter any of the conclusions that are set out in the Court's memorandum and order dismissing this matter without prejudice, no further action will be taken. This case remains closed.

**IT IS THEREFORE ORDERED BY THE COURT** that no further action will be taken on Petitioner's correspondence (Doc. 13). This matter remains closed.

**IT IS SO ORDERED**.

Dated September 16, 2024, in Kansas City, Kansas.

                                                       S/ John W. Lungstrum
                                                       JOHN W. LUNGSTRUM
                                                      United States District Judge